UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

DANNY ANDRE ROBERSON,

       Plaintiff,

v.

H. ANDERSON et al.,

       Defendants.
_____/

Case No. 2:19-cv-137

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated: September 17, 2019

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge